IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-176-F

| | |
|---|---|
| PNC BANK, N.A., successor to RBC Bank (USA), formerly known as RBC CENTURA BANK, <br><br> Plaintiff, <br><br> v. <br><br> CENTER 187, LLC, CHRISTOPHER N. GOOCH, and KIMBERLY R. CHAMBERS-GOOCH, <br><br> Defendants. | **ORDER** |

Based on PNC Bank, N.A.'s Motion to Set Aside Entry of Default Against Defendant Center 187, LLC and for good cause shown, it is hereby ORDERED the motion is ALLOWED and that the Entry of Default Against Defendant Center 187, LLC entered on January 23, 2014, is set aside. Plaintiff is DIRECTED to file its notice of dismissal as to Center 187, LLC on or before February 2, 2015. The Clerk of Court is DIRECTED to remove this matter from the court's trial calendar.

SO ORDERED.

This the 20 day of January, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge